940

*K. Thompson* and *John H. Weir* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger, Paul A. Sweeney* and *Hubert H. Margolies* for the United States, respondent.

No. 630. SELLAS *v.* KIRK, RANGE MANAGER, BUREAU OF LAND MANAGEMENT. C. A. 9th Cir. Certiorari denied. *Clel Georgetta* for petitioner. *Acting Solicitor General Stern, Acting Assistant Attorney General Williams, Roger P. Marquis* and *John C. Harrington* for respondent.

No. 632. MIMS *v.* METROPOLITAN LIFE INSURANCE Co. C. A. 5th Cir. Certiorari denied. *Crampton Harris* for petitioner. *Lucien D. Gardner, Jr.* for respondent.

No. 637. MARINE MIDLAND TRUST Co. *v.* McGIRL, TRUSTEE, ET AL. C. A. 3d Cir. Certiorari denied. *Charles Danzig* for petitioner. *Acting Solicitor General Stern* and *Roger S. Foster* for the Securities and Exchange Commission; and *Samuel M. Coombs, Jr.* for McGirl, Trustee, respondents.

No. 639. SANFORD SERVICE Co. *v.* CASWELL. C. A. 5th Cir. Certiorari denied. *Eberhard P. Deutsch* for petitioner. *J. McHenry Jones* for respondent.

No. 640. HAMMERMILL PAPER Co. *v.* CITY OF ERIE. Supreme Court of Pennsylvania. Certiorari denied. *M. E. Graham* for petitioner. *Maurice J. Coughlin* for respondent.